## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: ZAJAC, EDWARD S. § | Case No. 15-81798 |
| ZAJAC, CIRA § | |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/25/2016 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/29/2016          By:  /s/JOSEPH D. OLSEN
                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: ZAJAC, EDWARD S. § | Case No. 15-81798 |
| ZAJAC, CIRA § | |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,172.00 |
| *and approved disbursements of* | $ | 58.06 |
| *leaving a balance on hand of* [1] | $ | 8,113.94 |
| **Balance on hand:** | $ | 8,113.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Credit Union 1 | 127,159.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 8,113.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,567.20 | 0.00 | 1,567.20 |
| Trustee, Expenses - JOSEPH D. OLSEN | 166.25 | 0.00 | 166.25 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,787.50 | 0.00 | 1,787.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,520.95 |
| Remaining balance: | $ | 4,592.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,592.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,592.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,896.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 14,124.42 | 0.00 | 1,065.31 |
| 2 | Commerce Bank | 5,344.38 | 0.00 | 403.09 |
| 3 | Discover Bank | 5,007.69 | 0.00 | 377.69 |
| 4 | Capital One Bank (USA), N.A. | 33,051.66 | 0.00 | 2,492.84 |
| 5U | Credit Union 1 | 3,368.52 | 0.00 | 254.06 |

Total to be paid for timely general unsecured claims: $ 4,592.99
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A., as servicer<br>Attn: Bankruptcy Dept./MAC# D3347-0<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Advocate Good Shepherd Hospital<br>P.O. Box 3030<br>Oak Brook, IL 60522 | Advocate Sherman Hospital<br>35134 Eagle Way<br>Chicago, IL 60678-1351 |
| Bob and Gayle Sankey<br>12323 Cooney Drive<br>Woodstock, IL 60098-8675 | CEP America Illinois LLP<br>POB 582663<br>Modesto, CA 95358-0070 | Campbells Temperature<br>652 W Terra Cotta Ave<br>Crystal Lake, IL 60014-3462 |
| Capital One Bank<br>POB 6492<br>Carol Stream, IL 60197-6492 | Citi Card<br>Processing Center<br>Des Moines, IA 50363-0001 | Citi Mortgage<br>POB 6243<br>Sioux Falls, SD 57117-6243 |
| CitiMortgage, Inc.<br>c/o Shara A. Netterstrom<br>One East Wacker, Ste 1250<br>Chicago, IL 60601-1980 | Citimortgage, Inc.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Commerce Bank<br>POB 411036<br>Kansas City, MO 64141-1036 |
| Credit Union 1<br>c/o Paul B. Fichter<br>450 E. 22nd St., Ste 250<br>Lombard, IL 60148-6176 | Discover Card<br>POB 6103<br>Carol Stream, IL 60197-6103 | Dr. Dante Flandaca<br>1487 Commerce Drive<br>Algonquin, IL 60102-5916 |
| Dr. Steven Muraski<br>2000 Larkin Ave., Suite 100<br>Elgin, IL 60123-5879 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | Fox Mechanical<br>65 S. NW Highway<br>Cary, IL 60013-2925 |
| Joseph A. and Amy B. Marconi<br>1486 Diamon Drive<br>Hoffman Estates, IL 60192-3827 | Joseph and Magdalena Grela<br>4460 Princeton Court<br>Lake in the Hills, IL 60156-6753 | Koch Indoor Heating<br>POB 1981<br>McHenry, IL 60051-9033 |
| McHenry County Orthopedics SC<br>420 No. Rte 31<br>Crystal Lake, IL 60012 | Music and Arts<br>4626 Wedgewood Blvd.<br>Frederick, MD 21703-7159 | Northshore University Health System<br>23056 Network Place<br>Chicago, IL 60673-1230 |
| Northwest Comm. Hospital<br>25709 Network Place<br>Chicago, IL 60673-1257 | Palatine Fire Department<br>POB 457<br>Wheeling, IL 60090-0457 | Quicken Card<br>Cardmember Services<br>POB 15153<br>Wilmington, DE 19886-5153 |
| Sam Diamond<br>3431 W. Elm Street<br>McHenry, IL 60050-4466 | VCP Printing<br>901 W. Algonquin Rd.<br>Algonquin, IL 60102-3573 | Wells Fargo<br>POB 14591<br>Des Moines, IA 50306-3591 |

Wells Fargo Bank, N.A.
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Edward S. Zajac
3875 Thornberry Way
Lake in the Hills, IL 60156-4626

Cira Zajac
3875 Thornberry Way
Lake in the Hills, IL 60156-4626

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Darron M Burke
Barrick Switzer Long Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108-2582

FIA Card Services/BOA
POB 982235
El Paso, TX 79998