# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ZAJAC, EDWARD S. § Case No. 15-81798
      ZAJAC, CIRA §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $693,773.00　　　　Assets Exempt: $86,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,592.99　　　Claims Discharged Without Payment: $135,127.97

Total Expenses of Administration: $3,579.01

---

    3)  Total gross receipts of $ 8,172.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,172.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $648,127.00 | $127,159.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,579.01 | 3,579.01 | 3,579.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 141,731.98 | 60,896.67 | 60,896.67 | 4,592.99 |
| **TOTAL DISBURSEMENTS** | $789,858.98 | $191,634.68 | $64,475.68 | $8,172.00 |

    4) This case was originally filed under Chapter 7 on July 08, 2015. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2016      By: /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | 8,172.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,172.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Credit Union 1 | 4110-000 | 137,286.00 | 127,159.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Bank c/o Codilis & Associates | 4110-000 | 107,841.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage, Inc. c/o Shara A. Netterstrom | 4110-000 | 264,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bob and Gayle Sankey | 4110-000 | 139,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$648,127.00** | **$127,159.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,567.20 | 1,567.20 | 1,567.20 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 166.25 | 166.25 | 166.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,787.50 | 1,787.50 | 1,787.50 |
| Rabobank, N.A. | 2600-000 | N/A | 11.36 | 11.36 | 11.36 |
| Rabobank, N.A. | 2600-000 | N/A | 11.31 | 11.31 | 11.31 |
| Rabobank, N.A. | 2600-000 | N/A | 11.29 | 11.29 | 11.29 |
| Rabobank, N.A. | 2600-000 | N/A | 12.84 | 12.84 | 12.84 |
| Rabobank, N.A. | 2600-000 | N/A | 11.26 | 11.26 | 11.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,579.01 | $3,579.01 | $3,579.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 14,900.00 | 14,124.42 | 14,124.42 | 1,065.31 |
| 2 | Commerce Bank | 7100-000 | 6,000.00 | 5,344.38 | 5,344.38 | 403.09 |
| 3 | Discover Bank | 7100-000 | 5,007.69 | 5,007.69 | 5,007.69 | 377.69 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 37,000.00 | 33,051.66 | 33,051.66 | 2,492.84 |
| 5U | Credit Union 1 | 7100-000 | N/A | 3,368.52 | 3,368.52 | 254.06 |
| NOTFILED | Music and Arts | 7100-000 | 118.11 | N/A | N/A | 0.00 |
| NOTFILED | Koch Indoor Heating | 7100-000 | 353.43 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Orthopedics SC | 7100-000 | 109.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Northshore University Health System | 7100-000 | 1,403.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Mechanical | 7100-000 | 463.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam Diamond | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services/BOA | 7100-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Palatine Fire Department | 7100-000 | 572.90 | N/A | N/A | 0.00 |
| NOTFILED | VCP Printing | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Comm. Hospital | 7100-000 | 602.24 | N/A | N/A | 0.00 |
| NOTFILED | Quicken Card Cardmember Services | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| NOTFILED | CEP America Illinois LLP | 7100-000 | 164.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Sherman Hospital | 7100-000 | 2,754.65 | N/A | N/A | 0.00 |
| NOTFILED | Campbells Temperature | 7100-000 | 509.96 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card Processing Center | 7100-000 | 16,456.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Dante Flandaca | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card Processing Center | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Steven Muraski | 7100-000 | 995.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $141,731.98 | $60,896.67 | $60,896.67 | $4,592.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81798  
**Case Name:** ZAJAC, EDWARD S.  
ZAJAC, CIRA  
**Period Ending:** 09/22/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/08/15 (f)  
**§341(a) Meeting Date:** 08/13/15  
**Claims Bar Date:** 05/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1486 Diamond, Hoffman Estates, IL | 235,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4460 Princeton, Lake in the Hills, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3875 Thornberry, Lake in the Hills, IL | 220,000.00 | 0.00 | | 0.00 | FA |
| 4 | checking (No Acct # listed on petition) | 100.00 | 0.00 | | 0.00 | FA |
| 5 | household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Camera | 200.00 | 0.00 | | 0.00 | FA |
| 8 | TRS | 50,000.00 | 0.00 | | 0.00 | FA |
| 9 | IRA | 30,000.00 | 0.00 | | 0.00 | FA |
| 10 | Exceptional Investments Group, LLC (Princeton Co | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Camry | 1,350.00 | 0.00 | | 0.00 | FA |
| 12 | 1999 Acura | 1,350.00 | 0.00 | | 0.00 | FA |
| 13 | Hoffman Estate Bank - ckg 5186 (H) (u) | 405.00 | 0.00 | | 0.00 | FA |
| 14 | Credit Union One - ckg 1230 (H) (u) | 5.00 | 0.00 | | 0.00 | FA |
| 15 | American Chartered Bank - ckg 1631 (H) (u) | 9.00 | 0.00 | | 0.00 | FA |
| 16 | American Chartered Bank - ckg 2045 (H) (u) | 1,544.00 | 0.00 | | 0.00 | FA |
| 17 | American Chartered Bank - Ckg 5675 (Jt) (u) | 1,660.00 | 0.00 | | 0.00 | FA |
| 18 | Pay Pal account (H) (u) | 334.00 | 0.00 | | 0.00 | FA |
| 19 | Pay Pal Acct (H) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2014 Tax Refund (u) | 8,172.00 | 8,172.00 | | 8,172.00 | FA |
| 21 | 2014 Illinois refund (u) | 516.00 | 516.00 | | 0.00 | FA |
| 21 | **Assets** Totals (Excluding unknown values) | **$701,945.00** | **$8,688.00** | | **$8,172.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 09/22/2016 08:10 AM    V.13.28

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-81798  
**Case Name:** ZAJAC, EDWARD S.  
ZAJAC, CIRA  
**Period Ending:** 09/22/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/08/15 (f)  
**§341(a) Meeting Date:** 08/13/15  
**Claims Bar Date:** 05/12/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** June 29, 2016 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-81798  
**Case Name:** ZAJAC, EDWARD S.  
ZAJAC, CIRA  
**Taxpayer ID #:** **-***3197  
**Period Ending:** 09/22/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/15 | {20} | United States Treasury | Turnover of 2014 tax refund | 1224-000 | 8,172.00 | | 8,172.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.36 | 8,160.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.31 | 8,149.33 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.29 | 8,138.04 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.84 | 8,125.20 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.26 | 8,113.94 |
| 07/27/16 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,787.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,787.50 | 6,326.44 |
| 07/27/16 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $166.25, Trustee Expenses; Reference: | 2200-000 | | 166.25 | 6,160.19 |
| 07/27/16 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,567.20, Trustee Compensation; Reference: | 2100-000 | | 1,567.20 | 4,592.99 |
| 07/27/16 | 104 | Discover Bank | Dividend paid 7.54% on $5,007.69; Claim# 3; Filed: $5,007.69; Reference: | 7100-000 | | 377.69 | 4,215.30 |
| 07/27/16 | 105 | Capital One Bank (USA), N.A. | Dividend paid 7.54% on $33,051.66; Claim# 4; Filed: $33,051.66; Reference: | 7100-000 | | 2,492.84 | 1,722.46 |
| 07/27/16 | 106 | Credit Union 1 | Dividend paid 7.54% on $3,368.52; Claim# 5U; Filed: $3,368.52; Reference: | 7100-000 | | 254.06 | 1,468.40 |
| 07/27/16 | 107 | Commerce Bank | Combined Check for Claims#1,2 | | | 1,468.40 | 0.00 |
| | | | Dividend paid 7.54% on 1,065.31 $14,124.42; Claim# 1; Filed: $14,124.42 | 7100-000 | | | 0.00 |
| | | | Dividend paid 7.54% on 403.09 $5,344.38; Claim# 2; Filed: $5,344.38 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 8,172.00 | 8,172.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,172.00 | 8,172.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,172.00** | **$8,172.00** | |

{} Asset reference(s)

Printed: 09/22/2016 08:10 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-81798
**Case Name:** ZAJAC, EDWARD S.
ZAJAC, CIRA
**Taxpayer ID #:** **-***3197
**Period Ending:** 09/22/16

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******7266 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 8,172.00 | | | | |
| | | Net Estate : | $8,172.00 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******7266 | 8,172.00 | 8,172.00 | 0.00 |
| | $8,172.00 | $8,172.00 | $0.00 |